1    STEVEN G. KALAR
     Federal Public Defender

2

3    Assistant Federal Public Defender
     555 - 12th Street
     Suite 650

4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500

5

   Counsel for Defendant

6

**FILED**

JAN  8 - 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8         IN THE UNITED STATES DISTRICT COURT

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,     )   No. CR- 13-00818-PJH
                              )

12             Plaintiff,     )   Assertion of Fifth and Sixth Amendment
                              )   Rights

13   vs.                      )
                              )
   Joseph Pennymon       ,   )

14                               )
            Defendant.    )

15                               )

16

17       I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to

18   remain silent and to have counsel present at any and all of my interactions with the government

19   or others acting on the government's behalf.  I do not wish to, and will not, waive any of my

20   constitutional rights except in the presence of counsel.  I do not want the government or others

21   acting on the government's behalf to question me, or to contact me seeking my waiver of any

22   rights, unless my counsel is present.

23   PENNYMON             1/8/14       9:43 a

24   Defendant                  Date          Time

25                              1/8/14       9:43 am

   Assistant Federal Public Defender    Date          Time

26

Assertion of Fifth and Sixth Amendment Rights