**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**STEVEN G. KALAR**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 21, 2014

Ivy Garcia
Courtroom Deputy Clerk to the
Hon. Donna M. Ryu
United States Magistrate Judge
1301 Clay St.
Oakland, CA 94612

    Re:    US v. Joseph Jamal Pennymon, CR 13-00818-PJH

Dear Ms. Garcia:

    A conflict has been discovered in the above-titled and numbered criminal action. I ask that this matter be set on the Duty Magistrate's calendar on Wednesday, January 22, 2014 at 9:30 a.m. for substitution of counsel. CJA Panel Counsel Edwin Prather has accepted the appointment and will appear at the requested date and time. Government counsel has been notified. Please do not hesitate to contact me for any reason.

    Very truly yours,

    STEVEN G. KALAR
    Federal Public Defender
    /s/

    JOHN PAUL REICHMUTH
    Assistant Federal Public Defender