MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    joseph.alioto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00818 PJH |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL MOTION BRIEFING SCHEDULE |
| v. | |
| PURVIS LAMAR ELLIS, et al. | |
| Defendants. | |

    On December 10, 2014, the Court set a pretrial motions filing deadline of January 28, 2015. On January 27, 2015, the Court accepted the parties' Joint Stipulation and extended the deadline to February 6, 2015, with responses due March 20, 2015 and reply briefs filed by April 10, 2015. (Doc. 69.) The hearing was set for May 13, 2015 at 1:30 pm.

    At the time the United States agreed on the briefing schedule, counsel for the United States understood Defendants would file six motions. Defendants ultimately filed twelve motions on February 6, 2015, and the United States requires additional time to respond. Moreover, counsel for the United States will be on annual leave for five days during the week of March 8, 2015. The parties therefore

STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL MOTION BRIEFING SCHEDULE
CR 13-00818 PJH

respectfully submit, request and stipulate that the pretrial briefing schedule be modified as follows: any opposition or response to any pretrial motions shall be filed by **April 20, 2015**. Any reply brief shall be filed by **May 26, 2015**. The hearing on the pretrial motions shall be on Wednesday, **July 1, 2015 at 1:30 pm**.

    Defense counsel agree that time may be excluded from January 28, 2015 until July 1, 2015, pursuant to Title 18, United States Code, Section 3161(h)(1)(D) for the filing of and hearing on pretrial motions in this case.

SO STIPULATED:

Dated: March 4, 2015                                  Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

                                                            */s/ Joseph M. Alioto Jr.*
                                                           _____
                                                           JOSEPH M. ALIOTO JR.
                                                           Assistant United States Attorney

                                                           */s/ Marth Boersch*
                                                           _____
                                                           MARTHA BOERSCH
                                                           Counsel for Defendant PURVIS L. ELLIS

                                                           */s/ Chris Cannon*
                                                           _____
                                                           CHRIS CANNON
                                                           Counsel for Defendant DEANTE T. KINCAID

                                                           */s/ James Vaughns*
                                                           _____
                                                           JAMES VAUGHNS
                                                           Counsel for Defendant DAMIEN E. McDANIEL

                                                           */s/ Edwin Prather*
                                                           _____
                                                           EDWIN PRATHER
                                                           Counsel for Defendant JOSEPH PENNYMON

1                                                    [~~PROPOSED~~] ORDER

2        IT IS HEREBY ORDERED, based on the stipulation of the parties and good cause appearing,

3 that any opposition or response to Defendants' pretrial motions shall be filed by **April 20, 2015**. Any

4 reply brief shall be filed by **May 26, 2015**. The hearing on the pretrial motions shall be held on **July 1,**

5 **2015** at 1:30 pm.

6        Additionally, with the consent of Defendants, the period of time from January 28, 2015, until

7 July 1, 2015, is excluded from Speedy Trial Act calculations for the filing and hearing on pretrial

8 motions, pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

9

10 IT IS SO ORDERED.

11

12 Dated: March __9__, 2015                                 _____

13                                                                    HON. PHYLLIS J. HAMILTON
                                                                   United States District Judge