1   CHRISTOPHER J. CANNON, State Bar No. 88034
    MATTHEW A. LAWS, State Bar No. 273697
2   Sugarman & Cannon
    180 Montgomery Street, Suite 2350
3   San Francisco, CA 94104
    Telephone: 415-362-6252
4   Facsimile: 415-362-6431

5   Attorneys for Defendant
    DEANTE KINCAID
6
                        UNITED STATES DISTRICT COURT
7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                              OAKLAND DIVISION
9

10  UNITED STATES OF AMERICA,              Case No. CR-13-00818 PJH

11              Plaintiff,                 **ALL DEFENDANTS' ADDITIONAL
                                           BRIEFING REGARDING SEM CITY
12         vs.                             ENTERPRISE DISCOVERY AND
                                           REQUESTS FOR RELIEF**
13  DEANTE KINCAID, et al.

14              Defendants.

15

16        To date, the government has produced no materials purporting to define Sem City, the RICO

17  enterprise alleged in this case.  Since the defense filed its Reply To The Government's Response To

18  Discovery Conference Supplemental Briefing Regarding Sem City Charges And Altered Metadata (Doc.

19  No. 171), the defense, through its own investigation, has acquired information which demonstrates that

20  the government[1] claims regarding the unavailability of discovery about the alleged Sem City enterprise

21  are misleading.  In its Response (Doc. No. 170), the government claimed "it is unworkable to ask a

22  police department to produce all police reports for people who might be associated with Sem City both

23  where Sem City is, or is not, mentioned."  GB at 2.  The government has instead requested the defense

24  provide the names of those the defense believes are Sem City members.

25        Defense investigation efforts have uncovered the existence of Oakland police department

26

27  [1] Because of the tight working relationship between the Oakland Police Department, the FBI and the United States Attorney's
    Office in the case, by the term Government we mean the entire prosecution team. See United States v. Cerna, 633 F.Supp. 2d
28  1053, 1058-59 (N.D. Cal. 2009).

1   documents that purport to establish the existence of Sem City and which describe a divide between

2   alleged members of Sem City.  The documents reference events going back as far as 1999 and provide

3   details such as arrests and convictions of alleged Sem City members, flow charts depicting incidents

4   involving alleged Sem City members, and murder investigations alleged to be related to Sem City.  In

5   fact, it should be easy for the government to provide materials purporting to define Sem City because

6   "the Sem City gang is tracked through field contacts, police reports taken throughout the City of

7   Oakland, intelligence gathered through interviews with gang members, gang rivals, witnesses, victims,

8   and suspects of crimes, arrest statistics, graffiti, and the internet outlets (i.e. Instagram, Facebook, You

9   Tube, etc ...)."[2]  Exhibit 1 (filed under seal).  It should be a simple task to provide the results of this

10  tracking.

11          The defense has also learned that Oakland police "Investigative Action Reports" (IAR) contain a

12  field labeled "Gang-Related/Affiliation" and that the term "Sem City" appears in at least one, if not

13  more, IAR.  Exhibit 2  (filed under seal). A copy of an IAR will be provided to the Court for its review

14  under seal.  The defense has a good faith basis to believe the Oakland police department has created

15  multiple reports related to Sem City, that identify alleged Sem City members, and that contain summaries

16  and references related to precisely the kind of discovery the defense has requested related to the alleged

17  Sem City enterprise.[3]   It should be an easy task to query the Oakland IAR database and identify all IARs

18  with the "Gang-Related/Affiliation" field containing Sem City or Sem-City or Seminary.  Moreover,

19  Tony Jones, the Commanding Officer of the Oakland Police Department Department's Gangs/Guns

20  Intelligence Task Force (GITF), who is a member of the prosecution team in this case, grew up in the

21  claimed Sem City area and claims to know "50 members and associates in the Sem City gang."

22          The government should simply provide the materials it has which purport to define and explain

23  Sem City.  The government's attempt to shift the burden to the defense to identify alleged members or

---

[2] This quotation is taken from a report titled "Sem City Gang Investigation" authored by Tony Jones and which we will contemporaneously file under seal.  The defense has received portions of this report from multiple confidential sources.  We believe the documents to be authentic and portions we have received appear to the corroborate each other.  We do not wish to share these reports with the government, however, because that sharing may compromise our investigative attempts in the future and identify our sources of these documents.  The ability to independently investigate the facts of this case is particularly important because of the government's continuing attempts to hide the ball.

[3] An Oakland police officer, Steve Valle, testified as a "gang expert" in the defendants' state case.  We believe that Valle would have created a document similar to the "Sem City Gang Investigation" described above.

ALL DEFENDANTS' ADD'L BRIEFING RE SEM CITY
ENTERPRISE DISCOVERY AND REQUESTS FOR RELIEF                                    2
CR-13-00818 PJH

1    associates of the enterprise is wholly inappropriate.  The government's claims that it "had no way to

2    deliver the request to law enforcement agencies in a workable way that would achieve the result the

3    defense anticipated;" GB at 2; and that it cannot locate the information requested by the defense are

4    simply not credible.  We would suggest that a simple request to Tony Jones or Steve Valle, who testified

5    as an expert on Sem City in the State prosecution of the defendants, and a search of the "Gang-

6    Related/Affiliation" field in the IAR report database, would lead to a mountain of material purporting to

7    define Sem City.

8           Since June of 2014, the FBI has had ten agents assigned to work primarily with and within the

9    Oakland police department.   https://www.fbi.gov/news/stories/2015/november/solving-

10   homicides/solving-homicides.  The FBI "has been working to help OPD detectives since 2010."  Id.

11   These ten FBI agents are part of a "a state-of-the-art center for investigations in the Oakland Police

12   Department" that includes "twelve computer workstations with access to FBINet, the bureau's classified

13   intranet."  See http://www.eastbayexpress.com/SevenDays/archives/2015/05/27/ten-fbi-agents-joining-

14   oakland-police-department.   "FBINet 'communicates secret information, including investigative case

15   files and intelligence pertaining to national security,' and has been a critical tool in the creation of so-

16   called fusion centers that collect and share law enforcement information between federal, state and local

17   agencies."  Id.  According to FBI agent Nimmo, "Everyone in [OPD] homicide has been deputized as a

18   task force officer and has access to the FBI database and access to resources outside of the state."

19   "According to OPD Assistant Chief of Police Paul Figueroa, the FBI has partnered with Oakland through

20   this task force since June of 2014."  Id.

21          It appears the government has access to anything it wants out of the Oakland police department

22   investigative files.[4]  The government's previous complaints regarding "burdensome" discovery requests

23   and claims regarding the questionable "feasibility" of searching for items responsive to discovery

24   requests appear to be of dubious validity.

25   _____

26   [4] "FBI resources are able to be directly infused into an investigation at the very beginning and are aligned with OPD efforts for
     maximum effectiveness and the shared space *allows both agencies to share information related to cases* and decrease the

27   likelihood that opportunities for critical [sic] and evidence gathering would be missed."  See Oakland City Council Resolution
     85640 (Authorizing memorandum of understanding regarding joint Oakland police & FBI workspace) available at:
     https://oakland.legistar.com/LegislationDetail.aspx?ID=2287624&GUID=B4865125-298F-4355-9EA3-

28   CA7D22BA471D&Options=&Search=  (emphasis added).

ALL DEFENDANTS' ADD'L BRIEFING RE SEM CITY
ENTERPRISE DISCOVERY AND REQUESTS FOR RELIEF                                              3
CR-13-00818 PJH

1    The documents discovered by the defense have also significantly undermined the government's

2 claims regarding information likely possessed by the FBI and responsive to our discovery requests.

3 During a March 21, 2016 meet and confer session, the government claimed that the FBI did not have

4 files related to Sem City.  Two weeks before, in open court on March 7, 2016, the government claimed

5 the FBI had no 302 reports related to Sem City or the defendants.  More specifically, the government

6 claimed[5] there were no FBI 302's from January 20 or 21, 2013.  This last representation that no FBI 302

7 reports exist related to January 20 or 21, 2013 was intentionally misleading, even if literally true.

8    The defense has obtained and reviewed portions of an affidavit by OPD Officer Valle, filed under

9 penalty of perjury in Alameda County Superior Court, in which Valle states that an informant "provided

10 consistent information on the . . . "Sem City Gang" aiding [the FBI case agent in this case] Agent Doug

11 Jacobs in an ongoing investigation against "Sem City" gang members relating to the shooting of an

12 undercover Oakland Police Officer.  Exhibit 3 (filed under seal).  This incident is documented in Oakland

13 Police Report number 13-003748." [6]  According to Valle's affidavit, this informant began providing

14 information as early as March of 2014.  Yet, the defense has received no 302 reports about the Sem City

15 gang investigation, nor the Valle affidavit, from the government.

16    The same Valle affidavit also names an individual, D.G., whom the defense learned was

17 prosecuted in federal court by the government just last year.  The Valle affidavit describes multiple

18 incidents involving D.G. and other alleged Sem City members.  In the government's sentencing

19 memorandum in D.G.'s federal case, the same AUSA who is prosecuting the defendants here claimed

20 D.G. was involved with "Sem City, the prominent enterprise in the Seminary Avenue corridor."  And "In

21 2011, the defendant was among 10 to 12 males walking down Seminary Avenue in Oakland."  The same

22 AUSA who can describe Sem City as "the prominent enterprise in the Seminary Avenue corridor,"  now

23 claims to need help from the defense to define Sem City, a term he has known and used in prior

24 pleadings.

25    Moreover, the defense previously learned that Agent Jacobs threatened to make D.G. a defendant

26 in this case during an August 2014 interrogation.  In a December 2015 letter, the defense requested

---

27    [5] To the best of the defense's recollection, the government "certified" to the Court that there were no FBI 302 reports.

28    [6] Oakland Police Report number 13-003748 is one of the primary police report numbers in this case.

1   information related to Agent Jacobs' interaction with D.G. and "what evidence exists and under what

2   theory the government believes [D.G.] could have potential liability in this case."  If D.G. has liability

3   here,  that liability could potentially exculpate or at least minimize the defendants' alleged roles.  The

4   only response the defense received to this specific <u>Brady</u> request was silence; and we have received no

5   302 reports.

6            The information the defense has obtained also includes information related to Agent Jacobs'

7   investigation into the murder of Deante Kincaid's brother, Deandre Kincaid.  Officer Valle has claimed

8   that Deandre Kincaid's murder was related to Sem City.  According to Valle, Oakland police and the FBI

9   jointly, but unsuccessfully, attempted to locate the murder weapon, an assault rifle purportedly disposed

10  of in Lake Chabot.  Exhibit 3.  Despite Agent Jacob's unsuccessful Lake Chabot fishing expedition for an

11  alleged murder weapon, used to murder an alleged Sem City gang member who was the older brother of

12  a defendant in this case, the government has claimed there are no FBI 302 reports related to Sem City or

13  the defendants in this case.

14           The joint investigation and cooperation between the FBI and the Oakland police department

15  heralded by government press releases and claimed in the documents the defense has obtained must have

16  resulted in notes, reports, and records about Sem City.  Even if reports or documentation do not bear an

17  "FBI" stamp, the government simply cannot claim they don't have the documents or can't access them.

18  For all intents and purposes, the FBI and Oakland police department have been one and the same since

19  they started sharing personnel, computer networks, information, and office space.   If the defense can

20  locate reports purporting to identify and define Sem City, the government should be able to do the same

21  thing, but in a much more efficient and complete manner.

22           Any claim by the government that they are not aware that these documents exist would be

23  similarly incredible.  As the Court knows, the defense has requested the original file stamped warrants,

24  affidavits, and Orders related to this case, which were originally filed in state court.  Two and a half years

25  later, the government still not provided access to the original file stamped warrants, affidavits, and

26  Orders.  The government's current excuse for that delay is that the Alameda County District Attorney

27  they are working with, Ben Bertramo, is in trial and is unable to assist them because he is trying a murder

28  case.  This excuse is curious because that DA, Ben Beltramo, has been able to produce similar warrants

1    affidavits and Orders in the murder case he is currently trying.  The theory of the prosecution in that case

2    is that: "the murder of Timothy Wilson was motivated by the gang-related activity of the criminal street

3    gang known as 'Sem City' or "Seminary'."[7]

4         Accordingly the government admits it knows about Sem City.  The government admits working

5    with an Alameda district Attorney prosecuting alleged Sem City related murders, but claims it needs

6    further specification for the defense to look for Sem City materials.  As we indicated above, asking Ben

7    Bertramo, Tony Jones and Steve Valle and querying the gang affiliation field in the IAR database would

8    be a good place to start.

9         The government also knows that pages from the Valle affidavit and Oakland police department

10   files describing Sem City and its members and its actions  are floating around the Oakland streets and the

11   Alameda county jails.  The defense has obtained some pages from these reports from several confidential

12   informants.[8]  The pages specifically refer to "Sem City" and contain handwritten notes, designating

13   many individuals, including  several of the defendants in this case, as snitches.[9]  Exhibit 3.  Curiously,

14   after our last status conference in the district court, on or about May 11, 2016, at least one of the

15   defendants was asked whether he wanted to be placed in protective custody.  While inquiring about

16   protective custody,  jail officials showed some of the defendants copies of the documents designating the

17   defendants as snitches, indicating the government must have knowledge of both the documents

18   describing Sem City and the claimed threats against our clients.

19        Because the defense has now proven that the information regarding the definition of "Sem City"

20   exists, which the government has refused to disclose; and has claimed either does not exist or is too

21   difficult to locate, the defense requests the Court provide the following relief:  1) Order the government

22   to produce all materials referring to Sem City in the possession of the Oakland police department or FBI;

23   2) Order the government to provide affidavits or testimony under penalty of perjury supporting every

---

[7] Filed under seal with this motion is a document demonstrating that "the Sem City gang is tracked through field contacts, police reports taken throughout the City of Oakland, intelligence gathered through interviews with gang members, gang rivals, witnesses, victims, and suspects of crimes, arrest statistics, graffiti, and the internet outlets (i.e. Instagram, Facebook, You Tube, etc ...)."

[8] To the best of the defense's knowledge, the information provided by these confidential informants is reliable because the documents provided by the several informants appear authentic and corroborate each other because multiple informants have provided portions of what appears to be complete affidavits and other documents.

[9] Again, the defense will file this material under seal.

factual claim made by letter, on the record, or in its pleadings, because we know that its claims regarding its inability to produce material purporting to define Sem City, like its earlier representation there was one Stingray used in this case, are misleading; 3) Order the government to document how it has purportedly attempted to obtain the discovery requested by the defense; 4) Order and strictly enforce discovery deadlines; and 5) Order the government to instruct the Marshals service to lift the "keep separate from" (KSF) designation on the defendants and house the defendants together in their own pod for their own safety at the Glenn Dyer Detention facility.

Dated:  May 25, 2016                        Respectfully submitted,


                                    _____/s/_____
                                    Christopher J. Cannon
                                    Matthew A. Laws
                                    Attorneys for DEANTE KINCAID