1  CHRISTOPHER J. CANNON, State Bar No. 88034
   MATTHEW A. LAWS, State Bar No. 273697
2  Sugarman & Cannon
   180 Montgomery Street, Suite 2350
3  San Francisco, CA 94104
   Telephone: 415-362-6252
4  Facsimile: 415-362-6431

5  Attorneys for Defendant
   DEANTE KINCAID

6

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

            OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-13-00818 PJH (DMR) |
|---|---|
| Plaintiff, | **ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO CRIMINAL LOCAL RULE 56-1(b) AND CIVIL LOCAL RULE 79-5(b)** |
| vs. | |
| DEANTE KINCAID, et al. | |
| Defendants. | |

**TO THE HONORABLE DONNA M. RYU AND THE CLERK OF THE ABOVE ENTITLED COURT:**

Pursuant to Criminal Local Rule 56-1(b) and Civil Local Rule 79-5(b), defendant DEANTE KINCAID, by and through counsel, hereby respectfully requests that this Court issue an Order permitting the filing under seal of Exhibits 1, 2, and 3 accompanying ALL DEFENDANTS' ADDITIONAL BRIEFING REGARDING SEM CITY ENTERPRISE DISCOVERY AND REQUESTS FOR RELIEF (Doc No. 185).

This motion is supported by the Declaration of Christopher J. Cannon, which is attached hereto, and all records, filings and pleadings in this action.

Dated:  May 26, 2016           Respectfully submitted,

                               _____/s/_____
                               Christopher J. Cannon
                               Matthew A. Laws
                               Attorneys for DEANTE KINCAID