BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    joseph.alioto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    *v.*<br><br>PURVIS LAMAR ELLIS.<br><br>    Defendant. | CR 13-00818-001 PJH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE |

On May 1, 2017, the defendant Purvis Lamar Ellis filed two motions to suppress evidence and a motion to sever. (Dkt. Nos. 304, 306, 307.) He noticed the motion hearing for June 14, 2017. On May 19, 2017, the Court set a briefing schedule requiring the United States to respond to the motions by May 23, 2017.

Having discussed the matter, as well as both counsels' respective obligations, the parties hereby stipulate, agree, and respectfully request the Court continue the hearing date to August 2, 2017. The parties further request the briefing schedule be amended as follows: responses due by July 12, 2017, and replies due July 19, 2017.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE
CR 13-00818 PJH

SO STIPULATED.

Dated: May 22, 2017                                  Respectfully submitted,

                                                    BRIAN J. STRETCH
                                                    Acting United States Attorney

                                                    */s/ Joseph M. Alioto Jr.*

                                                    JOSEPH M. ALIOTO JR.
                                                    SCOTT D. JOINER
                                                    Assistant United States Attorneys

                                                    */s/ Martha Boersch*

                                                    MARTHA BOERSCH
                                                    Counsel for Defendant PURVIS LAMAR ELLIS

## [PROPOSED] ORDER

Based upon the stipulation of the parties for good cause shown, IT IS HEREBY ORDERED that the briefing schedule ordered May 19, 2017 and the motion hearing set for June 14, 2017 are VACATED. The hearing on the motions is continued to August 2, 2017. Responses to the motions are due July 12, 2017. Replies, if any, are due July 19, 2017.

IT IS SO ORDERED.

Dated: May __22__, 2017                              _____
                                                                    HON. PHYLLIS J. HAMILTON
                                                                    United States District Judge